# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T/H GROCERY STORES, INC., | § | Case No. 14-38057 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/21/2014. The undersigned trustee was appointed on 10/21/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      10,753.89

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 18.00 |
   | Bank service fees | 322.02 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 10,413.87 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/13/2015  and the deadline for filing governmental claims was  04/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,825.39 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,825.39 , for a total compensation of $ 1,825.39 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 95.15 , for total expenses of $ 95.15 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2017               By: /s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-38057 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T/H GROCERY STORES, INC., | | | | Date Filed (f) or Converted (c): | 10/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2014 |
| For Period Ending: | 04/12/2017 | | | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Liquidated Claims | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2. Other Miscellaneous | 16,428.00 | 10,753.89 | | 10,753.89 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $26,428.00        $20,753.89        $10,753.89        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/15/17 - TFR submitted to UST for approval and filing.

RE PROP #    1 --   IRS is holding this tax refund money and Trustee's counsel is attempting to recover the refund for the benefit of unsecured creditors.  Final outcome is not known yet.

Unable to recover for the benefit of creditors.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: 14-38057 | | Trustee Name: BARRY A. CHATZ | |
| Case Name: T/H GROCERY STORES, INC., | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX0706 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX4052 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/12/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9624 | Transfer of Funds | 9999-000 | $10,608.12 | | $10,608.12 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,593.12 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.25 | $10,577.87 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.74 | $10,562.13 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.21 | $10,546.92 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $10,531.22 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $10.12 | $10,521.10 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.63 | $10,505.47 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,490.47 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.57 | $10,474.90 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.04 | $10,459.86 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.52 | $10,444.34 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,429.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*           Page Subtotals:           $10,608.12           $178.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-38057 | Trustee Name: BARRY A. CHATZ |
| Case Name: T/H GROCERY STORES, INC., | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0706 |
| | Checking |
| Taxpayer ID No: XX-XXX4052 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.47 | $10,413.87 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,608.12 | $194.25 |
| Less: Bank Transfers/CD's | $10,608.12 | $0.00 |
| Subtotal | $0.00 | $194.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $194.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*       Page Subtotals:       $0.00       $15.47

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-38057 | Trustee Name: BARRY A. CHATZ |
| Case Name: T/H GROCERY STORES, INC., | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9624 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4052 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/14 | 2 | BADGER AUCTION & APPRAISAL CO. TRUST ACCOUNTP.O BOX 247THERESA, WI 53091 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $10,753.89 | | $10,753.89 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $13.41 | $10,740.48 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $15.97 | $10,724.51 |
| 02/04/15 | 300001 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $7.88 | $10,716.63 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.95 | $10,700.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.38 | $10,686.30 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.89 | $10,670.41 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.35 | $10,655.06 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.84 | $10,639.22 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.31 | $10,623.91 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.79 | $10,608.12 |
| 08/21/15 | | Transfer to Acct # xxxxxx0706 | Transfer of Funds | 9999-000 | | $10,608.12 | $0.00 |

| | | COLUMN TOTALS | $10,753.89 | $10,753.89 |
|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $10,753.89          $10,753.89

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $10,608.12 |
| Subtotal | $10,753.89 | $145.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,753.89 | $145.77 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0706 - Checking | $0.00 | $194.25 | $10,413.87 |
| XXXXXX9624 - Checking Account (Non-Interest Earn | $10,753.89 | $145.77 | $0.00 |
|  | $10,753.89 | $340.02 | $10,413.87 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,753.89 |
| Total Gross Receipts: | $10,753.89 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38057-ERW  
Debtor Name: T/H GROCERY STORES, INC.,  
Claims Bar Date: 3/13/2015  

Date: April 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $1,825.39 | $1,825.39 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $95.15 | $95.15 |
| 200 3210 | FrankGecker, LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $21,056.50 | $21,056.50 |
| 100 3220 | FrankGecker, LLP<br>325 North LaSalle<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $74.03 | $74.03 |
| 2B 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101 | Priority | | $0.00 | $200,117.17 | $200,117.17 |
| 3A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Priority | | $0.00 | $21,629.61 | $21,629.61 |
| 8B 280 5800 | Illinois Department of Employment Security<br>ATTN: BANKRUPTCY UNIT<br>33 SOUTH STATE STREET<br>CHICAGO, IL  60603 | Priority | | $0.00 | $2,384.28 | $2,384.28 |
| 2A 600 4110 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101 | Secured | | $0.00 | $18,619.48 | $18,619.48 |
| 8A 600 4210 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>ATTN:  Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago, IL  60603 | Secured | | $0.00 | $24,263.82 | $24,263.82 |

Page 1                                    Printed: April 12, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38057-ERW   Date: April 12, 2017
Debtor Name: T/H GROCERY STORES, INC.,
Claims Bar Date: 3/13/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 500 7100 | Bakemark Usa Llc<br>C/O American Financial Management, Inc.<br>3715 Ventura Drive<br>Arlington Heights, Il 60004 | Unsecured | | $0.00 | $17,013.76 | $17,013.76 |
| 2C 500 7100 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $29,715.56 | $29,715.56 |
| 3B 500 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Unsecured | | $0.00 | $4,122.96 | $4,122.96 |
| 4 500 7100 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $963.48 | $963.48 |
| 5 500 7100 | Reinhart Foodservice, Llc<br>C/O Atty. Phillip James Addis<br>504 Main St., Suite 200<br>La Crosse, Wi 54602-1627 | Unsecured | | $0.00 | $16,583.61 | $16,583.61 |
| 6 500 7100 | HELMUT HOPPE<br>Goschi & Goschi, Ltd.<br>150 South Wacker Drive<br>Suite 2650<br>Attn: Peter E. Goschi<br>Chicago, Il 60606 | Unsecured | | $0.00 | $224,575.40 | $224,575.40 |
| 7 500 7100 | Ltd. Goschi & Goschi<br>Goschi & Goschi, Ltd.<br>150 South Wacker Drive<br>Suite 2650<br>Chicago, Il 60606 | Unsecured | | $0.00 | $3,922.43 | $3,922.43 |
| 8C 350 7200 | ILLINOIS DEPT EMPLOYMENT SECURITY<br>33 South State Street<br>Bankruptcy Unit - 10th floor<br>Chicago, IL 60603 | Unsecured | | $0.00 | $730.00 | $730.00 |
| | Case Totals | | | $0.00 | $587,692.63 | $587,692.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2   Printed: April 12, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-38057  
Case Name: T/H GROCERY STORES, INC.,  
Trustee Name: BARRY A. CHATZ  

Balance on hand $ 10,413.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | Internal Revenue Service | $ 18,619.48 | $ 18,619.48 | $ 0.00 | $ 0.00 |
| 8A | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 24,263.82 | $ 24,263.82 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 10,413.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,825.39 | $ 0.00 | $ 1,825.39 |
| Trustee Expenses: BARRY A. CHATZ | $ 95.15 | $ 0.00 | $ 95.15 |
| Attorney for Trustee Fees: FrankGecker, LLP | $ 21,056.50 | $ 0.00 | $ 8,419.30 |
| Other: FrankGecker, LLP | $ 74.03 | $ 0.00 | $ 74.03 |

Total to be paid for chapter 7 administrative expenses $ 10,413.87

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 224,131.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | Internal Revenue Service | $ 200,117.17 | $ 0.00 | $ 0.00 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | $ 21,629.61 | $ 0.00 | $ 0.00 |
| 8B | Illinois Department of Employment Security | $ 2,384.28 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 296,897.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bakemark Usa Llc | $ 17,013.76 | $ 0.00 | $ 0.00 |
| 2C | Internal Revenue Service | $ 29,715.56 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3B | ILLINOIS DEPARTMENT OF REVENUE | $ 4,122.96 | $ 0.00 | $ 0.00 |
| 4 | Nicor Gas | $ 963.48 | $ 0.00 | $ 0.00 |
| 5 | Reinhart Foodservice, Llc | $ 16,583.61 | $ 0.00 | $ 0.00 |
| 6 | HELMUT HOPPE | $ 224,575.40 | $ 0.00 | $ 0.00 |
| 7 | Ltd. Goschi & Goschi | $ 3,922.43 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 730.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8C | ILLINOIS DEPT EMPLOYMENT SECURITY | $ 730.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE