## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| T/H GROCERY STORES, INC., | Case No. 14-38057 |
| Debtor. | Honorable Deborah L. Thorne |

### CERTIFICATE OF SERVICE BY MAIL

    I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of T/H Grocery Stores, Inc., which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on April 13, 2017.

      /s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

T/H Grocery Stores, Inc.
Mr. Rick Teliszczak
931 Charlela Lane
Elk Grove Village, IL 60007-7242

Advanced Disposal
2800 Shermer Road
Northbrook, IL 60062-7711

Arnold Scott Harris, PC
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604-3517

BakeMark USA LLC
c/o American Financial Management, Inc.
3715 Ventura Drive
Arlington Heights, IL 60004-7678

Bakemark, USA LLC
N92 W14401 Anthony Ave.
Menomonee Falls, WI 53051-1630

CTS Co.
CTS Building
P.O. Box 33127
Louisville, KY 40232-3127

Chicago Metropolitan Fire Preventio
820 N. Addison Ave.
Elmhurst, IL 60126-1218

Comcast
1500 McConnor Parkway
Schaumburg, IL 60173-4330

Dairy Fresh Foods, Inc.
21405 Trolley Industrial Drive
Taylor, MI 48180-1811

GOSCHI & GOSCHI, LTD.
150 SOUTH WACKER DRIVE
SUITE 2650
CHICAGO, IL 60606-4206

Goldman, Evans, & Trammell LLC
10323 Cross Creek Blvd., 'F'
Tampa, FL 33647-2988

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Illinois Dept. of Employment Securi
Bankruptcy Unit
3rd Floor 401 S. State Street
Chicago, IL 60690

Integrity Solution Services, Inc.
20 Corporate Hills Dr.
Saint Charles, MO 63301-3749

KRW Attorney & Associates
770 N. LaSalle, Ste. 602
Chicago, IL 60654-5291

Kemps, LLC
1270 Energy Lane
Saint Paul, MN 55108-5225

Lipari Foods
26661 Bunert Road
Warren, MI 48089-3650

Main Street Law Offices, LLC
504 Main St., Ste. 200
La Crosse, WI 54601-4033

Nicor
P.O. Box 5407
Carol Stream, IL 60197-5407

PETER E. GOSCHI
GOSCHI & GOSCHI, LTD.
150 SOUTH WACKER DRIVE
SUITE 2650
CHICAGO, IL 60606-4206

Paychex, Inc.
1000 E. Warrenville Rd., Ste. 200
Naperville, IL 60563-3574

Reinhart Foodservice, LLC
c/o Atty. Phillip James Addis
504 Main St., Suite 200
La Crosse, WI 54601-4033

Turano Baking Compnay
6501 Roosevelt Road
Berwyn, IL 60402-1100

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United Packaging Products, Inc.
854 Fairway Drive
Bensenville, IL 60106-1313

nicor gas
po box 549
Aurora il 60507-0549

Gregory J Martucci
Law Office Of Gregory J. Martucci
203 E. Irving Park Rd.
Roselle, IL 60172-2004

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T/H GROCERY STORES, INC., | § | Case No. 14-38057 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, May 16, 2017 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/12/2017           By: /s/ Barry A. Chatz, Trustee
                                         Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| T/H GROCERY STORES, INC., | §   Case No. 14-38057 |
| | § |
| Debtor | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,753.89 |
| and approved disbursements of | $ | 340.02 |
| leaving a balance on hand of[1] | $ | 10,413.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | Internal Revenue Service | $ 18,619.48 | $ 18,619.48 | $ 0.00 | $ 0.00 |
| 8A | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 24,263.82 | $ 24,263.82 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,413.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,825.39 | $ 0.00 | $ 1,825.39 |
| Trustee Expenses: BARRY A. CHATZ | $ 95.15 | $ 0.00 | $ 95.15 |
| Attorney for Trustee Fees: FrankGecker, LLP | $ 21,056.50 | $ 0.00 | $ 8,419.30 |
| Other: FrankGecker, LLP | $ 74.03 | $ 0.00 | $ 74.03 |

Total to be paid for chapter 7 administrative expenses          $          10,413.87

Remaining Balance          $          0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 224,131.06  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | Internal Revenue Service | $ 200,117.17 | $ 0.00 | $ 0.00 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | $ 21,629.61 | $ 0.00 | $ 0.00 |
| 8B | Illinois Department of Employment Security | $ 2,384.28 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          0.00

Remaining Balance          $          0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 296,897.20  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bakemark Usa Llc | $ 17,013.76 | $ 0.00 | $ 0.00 |
| 2C | Internal Revenue Service | $ 29,715.56 | $ 0.00 | $ 0.00 |
| 3B | ILLINOIS DEPARTMENT OF REVENUE | $ 4,122.96 | $ 0.00 | $ 0.00 |
| 4 | Nicor Gas | $ 963.48 | $ 0.00 | $ 0.00 |
| 5 | Reinhart Foodservice, Llc | $ 16,583.61 | $ 0.00 | $ 0.00 |
| 6 | HELMUT HOPPE | $ 224,575.40 | $ 0.00 | $ 0.00 |
| 7 | Ltd. Goschi & Goschi | $ 3,922.43 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 730.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8C | ILLINOIS DEPT EMPLOYMENT SECURITY | $ 730.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee

Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*