# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T/H GROCERY STORES, INC., | § | Case No. 14-38057 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 10,753.89 | |

3) Total gross receipts of $ 10,753.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,753.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 42,883.30 | $ 42,883.30 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,391.09 | 23,391.09 | 10,753.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 105,464.00 | 224,131.06 | 224,131.06 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,187.00 | 297,627.20 | 297,627.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 164,651.00 | $ 588,032.65 | $ 588,032.65 | $ 10,753.89 |

4) This case was originally filed under chapter 7 on 10/21/2014 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2017                 By: /s/BARRY A. CHATZ
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Miscellaneous | 1129-000 | 10,753.89 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,753.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Internal Revenue Service | 4110-000 | NA | 18,619.48 | 18,619.48 | 0.00 |
| 8A | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 4210-000 | NA | 24,263.82 | 24,263.82 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 42,883.30** | **$ 42,883.30** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,825.39 | 1,825.39 | 1,825.39 |
| BARRY A. CHATZ | 2200-000 | NA | 95.15 | 95.15 | 95.15 |
| Adams-Levine | 2300-000 | NA | 10.12 | 10.12 | 10.12 |
| Arthur B. Levine Company | 2300-000 | NA | 7.88 | 7.88 | 7.88 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 29.38 | 29.38 | 29.38 |
| The Bank of New York Mellon | 2600-000 | NA | 108.51 | 108.51 | 108.51 |
| Union Bank | 2600-000 | NA | 184.13 | 184.13 | 184.13 |
| FrankGecker, LLP | 3210-000 | NA | 21,056.50 | 21,056.50 | 8,419.30 |
| FrankGecker, LLP | 3220-000 | NA | 74.03 | 74.03 | 74.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,391.09 | $ 23,391.09 | $ 10,753.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664 | | 15,464.00 | NA | NA | 0.00 |
| | Illinois Dept. of Employment Securi Bankruptcy Unit 3rd Floor 401 S. State Street Chicago, IL 60690 | | 45,000.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101 | | 18,000.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101 | | 22,500.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101 | | 4,500.00 | NA | NA | 0.00 |
| 8B | Illinois Department of Employment Security | 5800-000 | NA | 2,384.28 | 2,384.28 | 0.00 |
| 3A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 21,629.61 | 21,629.61 | 0.00 |
| 2B | Internal Revenue Service | 5800-000 | NA | 200,117.17 | 200,117.17 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 105,464.00** | **$ 224,131.06** | **$ 224,131.06** | **$ 0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Disposal 2800 Shermer Road Northbrook, IL 60062 | | 2,261.00 | NA | NA | 0.00 |
| | Arnold Scott Harris, PC 111 W. Jackson Blvd., Ste. 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Bakemark, USA LLC N92 W14401 Anthony Ave. Menomonee Falls, WI 53051 | | 17,013.00 | NA | NA | 0.00 |
| | Chicago Metropolitan Fire Preventio 820 N. Addison Ave. Elmhurst, IL 60126 | | 316.00 | NA | NA | 0.00 |
| | Comcast 1500 McConnor Parkway Schaumburg, IL 60173 | | 178.00 | NA | NA | 0.00 |
| | CTS Co. CTS Building P.O. Box 33127 Louisville, KY 40232 | | 0.00 | NA | NA | 0.00 |
| | Dairy Fresh Foods, Inc. 21405 Trolley Industrial Drive Taylor, MI 48180 | | 2,966.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Goldman, Evans, & Trammell LLC 10323 Cross Creek Blvd., "F" Tampa, FL 33647 | | 0.00 | NA | NA | 0.00 |
| | Integrity Solution Services, Inc. 20 Corporate Hills Dr. Saint Charles, MO 63301 | | 0.00 | NA | NA | 0.00 |
| | Kemps, LLC 1270 Energy Lane Saint Paul, MN 55108 | | 2,256.00 | NA | NA | 0.00 |
| | KRW Attorney & Associates 770 N. LaSalle, Ste. 602 Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Lipari Foods 26661 Bunert Road Warren, MI 48089 | | 4,016.00 | NA | NA | 0.00 |
| | Main Street Law Offices, LLC 504 Main St., Ste. 200 La Crosse, WI 54602 | | 0.00 | NA | NA | 0.00 |
| | Nicor P.O. Box 5407 Carol Stream, IL 60197 | | 963.00 | NA | NA | 0.00 |
| | Paychex, Inc. 1000 E. Warrenville Rd., Ste. 200 Naperville, IL 60563 | | 1,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peter E. Goschi, Esq. Goschi & Goschi Ltd. 150 W. Wacker Dr., Suite 2650 Chicago, IL 60606-4206 | | 3,200.00 | NA | NA | 0.00 |
| | Reinhart Foodservice, LLC 9950 S. Reinhart Dr. P.O. Box 395 Oak Creek, WI 53154 | | 18,256.00 | NA | NA | 0.00 |
| | Turano Baking Compnay 6501 Roosevelt Road Berwyn, IL 60402 | | 348.00 | NA | NA | 0.00 |
| | United Packaging Products, Inc. 854 Fairway Drive Bensenville, IL 60106 | | 4,328.00 | NA | NA | 0.00 |
| | US Bank 1100 W. Devon Ave. Elk Grove Village, IL 60007 | | 1,986.00 | NA | NA | 0.00 |
| 1 | Bakemark Usa Llc | 7100-000 | NA | 17,013.76 | 17,013.76 | 0.00 |
| 6 | HELMUT HOPPE | 7100-000 | NA | 224,575.40 | 224,575.40 | 0.00 |
| 3B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 4,122.96 | 4,122.96 | 0.00 |
| 2C | Internal Revenue Service | 7100-000 | NA | 29,715.56 | 29,715.56 | 0.00 |
| 7 | Ltd. Goschi & Goschi | 7100-000 | NA | 3,922.43 | 3,922.43 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Nicor Gas | 7100-000 | NA | 963.48 | 963.48 | 0.00 |
| 5 | Reinhart Foodservice, Llc | 7100-000 | NA | 16,583.61 | 16,583.61 | 0.00 |
| 8C | ILLINOIS DEPT EMPLOYMENT SECURITY | 7200-000 | NA | 730.00 | 730.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,187.00 | $ 297,627.20 | $ 297,627.20 | $ 0.00 |

Case 14-38057   Doc 27   Filed 07/25/17   Entered 07/25/17 14:19:50   Desc Main
          Document      Page 10 of 15

Page: 1
FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-38057 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T/H GROCERY STORES, INC., | | | | Date Filed (f) or Converted (c): | 10/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2014 |
| For Period Ending: | 07/20/2017 | | | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Liquidated Claims | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 2. Other Miscellaneous | 16,428.00 | 10,753.89 | | 10,753.89 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $26,428.00     $20,753.89     $10,753.89     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR scheduled for hearing 5/16/17.


RE PROP #     1   --   IRS is holding this tax refund money and Trustee's counsel is attempting to recover the refund for the benefit of unsecured creditors. Final outcome is not known yet.

Unable to recover for the benefit of creditors.

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-38057 | Trustee Name: | BARRY A. CHATZ |
| Case Name: T/H GROCERY STORES, INC., | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX0706 |
| | | Checking |
| Taxpayer ID No: XX-XXX4052 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9624 | Transfer of Funds | 9999-000 | $10,608.12 | | $10,608.12 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,593.12 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.25 | $10,577.87 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.74 | $10,562.13 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.21 | $10,546.92 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $10,531.22 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $10.12 | $10,521.10 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.63 | $10,505.47 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,490.47 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.57 | $10,474.90 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.04 | $10,459.86 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.52 | $10,444.34 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,429.34 |
| | | | Page Subtotals: | | $10,608.12 | $178.78 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-38057 | Trustee Name: BARRY A. CHATZ |
| Case Name: T/H GROCERY STORES, INC., | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0706 |
| | Checking |
| Taxpayer ID No: XX-XXX4052 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.47 | $10,413.87 |
| 05/16/17 | 400002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $1,920.54 | $8,493.33 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($1,825.39) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($95.15) | 2200-000 | | | |
| 05/16/17 | 400003 | FrankGecker, LLP<br>325 North LaSalle<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $74.03 | $8,419.30 |
| 05/16/17 | 400004 | FrankGecker, LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 39.98 % per court order. | 3210-000 | | $8,419.30 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,608.12 | $10,608.12 |
| Less: Bank Transfers/CD's | $10,608.12 | $0.00 |
| Subtotal | $0.00 | $10,608.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10,608.12 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $10,429.34 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-38057 | Trustee Name: BARRY A. CHATZ |
| Case Name: T/H GROCERY STORES, INC., | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9624 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4052 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/14 | 2 | BADGER AUCTION & APPRAISAL CO. TRUST ACCOUNTP.O BOX 247THERESA, WI 53091 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $10,753.89 | | $10,753.89 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $13.41 | $10,740.48 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $15.97 | $10,724.51 |
| 02/04/15 | 300001 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $7.88 | $10,716.63 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.95 | $10,700.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.38 | $10,686.30 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.89 | $10,670.41 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.35 | $10,655.06 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.84 | $10,639.22 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.31 | $10,623.91 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.79 | $10,608.12 |
| 08/21/15 | | Transfer to Acct # xxxxxx0706 | Transfer of Funds | 9999-000 | | $10,608.12 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,753.89 | $10,753.89 |
| Page Subtotals: | $10,753.89 | $10,753.89 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $10,608.12 |
| Subtotal | $10,753.89 | $145.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,753.89 | $145.77 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0706 - Checking | $0.00 | $10,608.12 | $0.00 |
| XXXXXX9624 - Checking Account (Non-Interest Earn | $10,753.89 | $145.77 | $0.00 |
| | $10,753.89 | $10,753.89 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,753.89 |
| Total Gross Receipts: | $10,753.89 |

Page Subtotals: $0.00 $0.00